IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MSTADI WINSTON,

            Plaintiff,           ORDER

v.

                                13-cv-750-jdp

CAROLYN W. COLVIN,
Commissioner of the Social
Security Administration,

            Defendant.

---

    Plaintiff Mstadi Winston seeks judicial review of a final decision of the Commissioner of Social Security finding him not disabled within the meaning on the Social Security Act. Plaintiff's motion for summary judgment is fully briefed.

    The court will hear argument on plaintiff's motion at 11:00 a.m., Tuesday, February 10, 2015, in Room 360. The court will devote approximately an hour to argument. Then, following a short recess, the court expects to issue its decision from the bench.

    Entered January 20, 2015.

                              BY THE COURT:

                              /s/
                              _____
                              JAMES D. PETERSON
                              District Judge