IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MSTADI WINSTON,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of the Social Security
Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-750-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Mstadi Winston reversing and remanding the decision of defendant Carolyn W. Colvin.

| s/V. Olmo, Deputy Clerk | 2/11/2015 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |